**Motion GRANTED and Order filed May 19, 2015.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

## NO. 14-15-00448-CV

———————

## IN RE CHARLES G. SHOOK, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28269**

## ORDER

On May 19, 2015, relator Charles G. Shook, filed a petition for writ of mandamus in this court. Relator asks this court to order the judge of the 127th District Court, in Harris County, Texas, to set aside the portions of the temporary restraining orders dated May 15, 2015 and supplemental temporary restraining order dated May 18, 2015, entered in trial court number 2015-28269, styled *Rick*

*Hall, et al. v. Charles G. Hook.* Relator claims respondent abused his discretion by requiring him to turn over personal electronic storage devices.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On May 19, 2015, relator asks this court to stay the May 15, 2015 and May 18, 2015 orders to the extent that they direct relator to produce the electronic storage devices pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the May 15, 2015 and May 18, 2015 orders to the extent that they direct relator to produce any personal electronic storage devices trial court cause number 2015-28269, *Rick Hall, et al. v. Charles G. Hook,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court. This stay does not include the production of electronic personal storage devices owned by the company.

In addition, the court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before 12:00 p.m. on May 21, 2015. *See* Tex. R. App. P. 52.4.

PER CURIAM